IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOSEPH RICHMAN**                                                                                   PLAINTIFF

v.                             Case No. 3:10-cv-256-DPM

**1720 ENTERTAINMENT LLC;
DOE COMPANIES; and JOHN DOE
INDIVIDUALS 1-10**                                                                                 DEFENDANTS

ORDER

The motion for a default judgment, *Document No. 3*, is denied without prejudice. The adequacy of service is ambiguous: the signature on the green card is illegible; the "Printed Name" line—which would confirm who the process was received by—is blank; and neither the "Agent" nor "Addressee" box is checked. Plaintiffs must turn square corners in serving process, especially where a default judgment is in prospect. The Court vacates the Clerk's Default, *Document No. 6*, for good cause. FED. R. CIV. P. 55(c). Plaintiff's time to serve the suit is reopened until 31 May 2011.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 March 2011