IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH RICHMAN                                                      PLAINTIFF

v.                      Case No. 3:10-cv-256-DPM

1720 ENTERTAINMENT, LLC et al                       DEFENDANTS

ORDER

Second motion for default, *Document No. 9*, granted. For the reasons stated on the record at the end of the 23 August 2011 hearing, the Court awards Richman $25,000.00 damages, the amount of his losses. Richman's proof failed on the infringer's gross revenues; the Court was therefore unable to determine 1720's gross profits or what part of those profits flowed from the infringement. 17 U.S.C.A. § 504(b). By 15 October 2011, Richman must either move to dismiss Doe defendants without prejudice or file a proposed amended complaint naming them.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 August 2011