IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH RICHMAN                                                                    PLAINTIFF

v.                               No. 3:10-cv-256-DPM

1720 ENTERTAINMENT, LLC;
DOE COMPANIES; and JOHN DOE
INDIVIDUALS 1 THROUGH 10                                                   DEFENDANTS

ORDER

Richman has not named additional defendants or moved to dismiss within the period the Court gave him. *Document Nos. 15 & 17.* His claims against Doe Companies and John Doe Individuals 1 through 10 are therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 Nov. 2011