IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH RICHMAN                                                              PLAINTIFF

v.                              No. 3:10-cv-256-DPM

1720 ENTERTAINMENT, LLC;
DOE COMPANIES; and JOHN DOE
INDIVIDUALS 1 THROUGH 10                                         DEFENDANTS

JUDGMENT

The Court enters judgment for Joseph Richman against 1720 Entertainment, LLC, for $25,000.00. Postjudgment interest shall accrue at 0.12% per annum from today's date until the judgment is paid. 28 U.S.C.A. § 1961(a)-(b) (West 2006). All claims against the Doe defendants are dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

2 December 2011