IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH RICHMAN                                                                PLAINTIFF

v.                          No. 3:10-cv-256-DPM

1720 ENTERTAINMENT, LLC;
DOE COMPANIES; and JOHN DOE
INDIVIDUALS 1 THROUGH 10                                           DEFENDANTS

JUDGMENT

The Court enters judgment for Joseph Richman against 1720 Entertainment, LLC, for $25,000.00.  Postjudgment interest shall accrue at 0.12% per annum from today's date until the judgment is paid.  28 U.S.C.A. § 1961(a)-(b) (West 2006).  All claims against the Doe defendants are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 December 2011